Roman M. Silberfeld, State Bar No. 62783
rmsilberfeld@rkmc.com
Robert F. Hinton, State Bar No. 98110
rfhinton@rkmc.com
Vincent S. Loh, State Bar No. 238410
vsloh@rkmc.com
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone:   (310) 552-0130
Facsimile:   (310) 229-5800

Attorneys for Defendant,
James Sokolove dba LAW OFFICES OF JAMES SOKOLOVE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| CLM PROPERTIES, INC., a New York corporation; ANNE J. MAZZELLA, C/F ANDREW JOHN MAZZELLA UGMA/NY; and LOUIS MAZZELLA,<br><br>Plaintiffs,<br><br>v.<br><br>SIMMONSCOOPER LLC., an Illinois limited liability company; THE LAW OFFICES OF JAMES K. SOKOLOVE, LLC, a Massachusetts limited liability company; and LAW OFFICES OF JAMES SOKOLOVE, P.C., a Massachusetts professional corporation,<br><br>Defendants. | Case No.  SACV 07-848 AHS (ANx)<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION; [PROPOSED] ORDER THEREON**<br><br>[Courtroom of the Honorable Alicemarie H. Stotler] |

TO THE CLERK OF THE ABOVE-ENTITLED AND HONORABLE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:

WHEREAS the parties, and each of them, to this action have entered into a confidential settlement and mutual release agreement,

IT IS HEREBY STIPULATED by and between all said settling parties that the above-captioned action, in its entirety, be and hereby is dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure with each party responsible for that party's costs and fees.

Respectfully submitted,

Dated: January 21, 2009          KRONGOLD LAW FIRM, P.C.

By: _____
Steven L. Krongold
Attorneys for Plaintiff, CLM Properties, Inc.

Dated: January 21, 2009          JENNER & BLOCK LLP

By: _____
Russell J. Hoover
Attorneys for Defendant, SimmonsCooper LLC

Dated: January 21, 2009          ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: _____
Roman M. Silberfeld
Robert F. Hinton
Vincent S. Loh
Attorneys for Defendant, James Sokolove dba LAW OFFICES OF JAMES SOKOLOVE

ROBINS, KAPLAN,
MILLER & CIRESI
L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

60237059.1                    - 2 -         STIPULATION REGARDING DISMISSAL OF ENTIRE ACTION; [PROPOSED] ORDER

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the county of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 107 Avenida Miramar, Suite A, San Clemente, CA 92672.

On March 18, 2009, I served the foregoing document described as **STIPULATION FOR DISMISSAL OF ENTIRE ACTION; [PROPOSED] ORDER THEREON** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope(s) addressed and sent as follows:

**SEE ATTACHED SERVICE LIST**

[  ] **BY MAIL:** I caused such envelope(s) to be deposited in the mail at San Clemente, California with postage thereon fully prepaid to the office of the addressee(s) as indicated on the attached service list. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[ x ] **BY E-MAIL** I caused a courtesy copy to be transmitted by email to the email address of the offices of the addressee(s) as indicated on the attached service list.

[  ] **BY PERSONAL SERVICE:** I caused such envelope to be hand-delivered to the offices of the addressee(s) as indicated on the attached service list.

[x] **FEDERAL**: I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on March 18, 2009, at San Clemente, California.

Laura Prince